Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address

JaVonne M. Phillips, Esq. SBN 187474
Kristin A. Schuler-Hintz, Esq. SBN 207989
McCarthy & Holthus, LLP
2763 Camino Del Rio South, Suite 100
San Diego, CA 92108
Phone (877) 369-6122
Fax (619) 685-4811
bknotice@mccarthyholthus.com

☐ *Individual appearing without attorney*
☐ *Attorney for Movant*

FOR COURT USE ONLY

**FILED & ENTERED**

**APR 11 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY Mason      DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

In re:

LAKISHA LYNETTE HARRIS,

Debtor(s).

CASE NO.: 6:25-bk-10852-SY

CHAPTER: 13

**ORDER ON MOTION IN INDIVIDUAL CASE FOR ORDER CONFIRMING TERMINATION OF STAY WITH RESPECT TO DEBTOR [11 U.S.C. § 362(c)(3)] OR THAT NO STAY IS IN EFFECT [11 U.S.C. § 362(c)(4)(A)(ii)]**

DATE: 04/02/2025
TIME: 9:30 a.m.
COURTROOM: 302
PLACE: 3420 Twelfth Street, Riverside, CA 92501

**Movant** *(name)*: Wells Fargo Bank, NA, as Trustee, on behalf of the holders of Structured Asset Mortgage Investments II, Inc., Bear Stearns Mortgage Funding, Trust 2007-AR4, Mortgage Pass Through Certificates, Series 2007-AR4, its assignees and/or successors, by and through its servicing agent Select Portfolio Servicing, Inc.

1.  The Motion was:      ☒ Opposed         ☐ Unopposed

2.  ☐  The motion is denied**:**      ☐ without prejudice      ☐ with prejudice      ☐ on the following grounds:

    a.  ☐  Based upon the findings and conclusions made on the record at the hearing
    b.  ☐  Unexcused non-appearance by movant
    c.  ☐  Lack of proper service
    d.  ☐  Lack of cause
    e.  ☐  Other (*specify*):

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**3.** ☒ The motion is **GRANTED** on **ONE** of the following grounds (*select one*):

a. ☐ Pursuant to 11 U.S.C. § 362(c)(3), a single or joint case filed by or against the debtor was pending but dismissed within the year ending on the petition date of this case, the dismissed case was not a case refiled under a chapter other than chapter 7 following dismissal under 11 U.S.C. § 707(b), and 30 days have elapsed since the filing of the petition in the above-entitled case and no order has been entered continuing the stay; or

b. ☒ Pursuant to 11 U.S.C. § 362(c)(4)(A)(ii), two or more single or joint cases filed by or against the Debtor were pending but dismissed within the year ending on the petition date of this case and none of the dismissed cases was refiled under a chapter other than chapter 7 after dismissal under 11 U.S.C. § 707(b).

4. ☒ Based upon the motion being granted, this order **CONFIRMS** that (*select one*):

a. ☐ Under 11 U.S.C. § 362(c)(3) the automatic stay has been terminated with respect to the Debtor; or

b. ☒ Under 11 U.S.C. § 362(c)(4)(A)(ii) no stay was ever in effect in this case.

5. ☐ The motion is settled by stipulation.  A stipulation containing all required signatures has been filed separately.

a. ☐ The stipulation is **APPROVED** and its operative terms are **ORDERED** by the court; or

b. ☐ The stipulation is **NOT APPROVED**.

6. ☐ Additional provisions (if any):

a. ☐ See attached continuation page; or

b. ☐ Insert provisions here:

###

Date: April 11, 2025

Scott H. Yun
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.